**Curtis E. CRAWFORD, Plaintiff—Appellant,**

v.

**Romaine SMITH, Correctional Officer; John Doe, Inmate, Defendants—Appellees.**

No. 04–6759.

United States Court of Appeals, Fourth Circuit.

Submitted June 10, 2004.

Decided June 21, 2004.

Curtis E. Crawford, Appellant pro se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Curtis E. Crawford appeals the district court's order denying his motion to reinstate an action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and the Federal Tort Claims Act. He also appeals the district court's denial of his motion filed under Fed.R.Civ.P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Ac-

cordingly, we affirm for the reasons stated by the district court. *See Crawford v. Smith,* No. CA–03–884 (E.D.Va. Apr. 23, 2004; Apr. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*